**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

WESLEY UHRHAN & SHARON ) 
UHRHAN, ) 
 ) 
    Plaintiffs, ) 
 ) 
   vs. )    Case No. 4:17-cv-02720-JAR
 ) 
B&B CARGO, INC., et al., ) 
 ) 
    Defendants. ) 

**ORDER OF CONSOLIDATION**

This matter is before the Court on Defendant Total Quality Logistics, LLC's motion to consolidate this case with *Thompson v. B&B Cargo, et al.*, No. 4:18-CV-02055-RWS, ("*Thompson*"), currently pending before the Honorable Rodney W. Sippel. (Doc. No. 52). The two cases arise out of the same motor vehicle accident, involve the same Defendants, and present common questions of law.

Finding that the cases present common questions of law and fact, and that the motion to consolidate is unopposed,

**IT IS HEREBY ORDERED** that Defendant Total Quality Logistics, LLC's motion to consolidate *Thompson v. B&B Cargo, et al.*, No. 4:18-CV-02055-RWS, with the instant case (Doc. No. 52) is **GRANTED.**

**IT IS FURTHER ORDERED** that this Order of Consolidation shall be filed in Case No. 4:18-CV-02055-RWS, as well as the instant case; that all future documents shall be filed in the instant case; and that Case No. 4:18-CV-02055-RWS shall be administratively closed.

- 2 -

**IT IS FURTHER ORDERED** that, on or before **April 9, 2019**, the parties shall file a joint proposed scheduling plan for this consolidated action.  Upon receipt of the joint proposed scheduling plan, the Court will determine whether a scheduling conference is necessary.

Dated this 19th day of March, 2019.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

- 2 -